[No. 6492-1-III.   Division Three.   October 24, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL
LEE ALBAUGH, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. C–2156, Ted Kolbaba, J., entered April 18, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 6625-8-III.   Division Three.   October 24, 1985.]

JEAN L. RYAN, *Individually and as Executrix,*
*Appellant,* v. RICHARD D. ZORNES,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 2–30208–M, Clinton J. Merritt, J., entered June 22, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 6808-1-III.   Division Three.   October 24, 1985.]

KENNETH H. JEROME, *Appellant,* v. GARY J.
MARTINKUS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–2–01722–9, F. James Gavin, J., entered October 5, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.